UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:

| | | |
|---|---|---|
| BEECH TREE CORPORATION d/b/a | : | CHAPTER 11 |
| COPPER BEECH INN and | : | CASE NO. 09-32276 |
| CBI ACQUISITION CORPORATION, | : | CASE NO. 09-32277 |
| | : | Jointly Administered |
| Debtors | : | |

### AMENDED APPLICATION TO RETAIN WORKOUT SOLUTIONS, INC. AS CHIEF RESTRUCTURING OFFICER FOR BEECH TREE CORPORATION D/B/A COPPER BEECH INN AND CBI ACQUISITION CORPORATION NUNC PRO TUNC

Beech Tree Corporation d/b/a Copper Beech Inn and CBI Acquisition Corporation (hereafter the "Debtors" or "BTC" and "CBI") hereby move pursuant to 11 U.S.C. Section §363(b) seeking (i) entry of an order authorizing the employment of Workout Solutions, Inc. (hereafter "WSI"), and the appointment of Kevin S. Tierney to serve as Chief Restructuring Officer (the "CRO") of the Debtors *nunc pro tunc*, and as grounds therefore states upon information and belief as follows:

### Jurisdiction

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. BTC is a Connecticut corporation incorporated in 2002. BTC is a regional and national inn operating the Copper Beech Inn offering fine dining and New England hospitality and lodging. It offers 22 rooms and has approximately 30 employees. It was founded in the 1800s and continues to be part of the hospitality industry. Purchased in

2002 by Ian and Barbara Phillips, the facility has been renovated and continues to offer the highest award winning service.

3. CBI is a Connecticut corporation incorporated in 2002. CBI is the real estate holding company for The Copper Beech Inn and has no employees.

4. The bankruptcy cases of BTC and CBI have been administratively consolidated.

### Relief Sought

5. As part of its ongoing negotiations with Farmington Savings Bank, the Debtors were required to engage an experienced Chief Restructuring Officer to work with the Debtors' management in evaluating and implementing strategic and tactical options during the restructuring process.

### Retention of CRO

6. By this Application, the Debtors seek authority to engage Workout Solutions, Inc. and Mr. Kevin S. Tierney as the CRO of both of the Debtors. Most of Mr. Tierney's duties are for BTC and BTC is paying Mr. Tierney. A copy of the duties and responsibilities of the CRO attached hereto as Exhibit A which services also include, but are not limited to:

   i. interfacing with the Debtors' various creditor constituencies;
   ii. development of a comprehensive business plan that will serve as the foundation for a plan or reorganization;
   iii. supervision of all bankruptcy related reporting and outside professionals;
   iv. development of a plan of reorganization and disclosure statement;
   v. seek and obtain exit financing; and
   vi. provide such other similar services as requested by the Debtors' board of directors.

The appointment of the CRO is modified to include the Jay Alix Protocol, and shall become an applicable part of the Engagement.

7. The Debtors submit that WSI has extensive experience in matters of this type, including extensive experience in bankruptcy and business matters and has become familiar with the financial affairs of the Debtors. Further, WSI has already been actively engaged as BTC's CRO prior to the petition date of the instant bankruptcy case, is best suited for this engagement and is already acting, albeit on an interim basis, as the CRO of BTC.

8. To the best of the Debtors' knowledge, information and belief, WSI has no connection with the Debtors, creditors or any other parties of interest, except as may otherwise be set forth in the attached engagement letter and any exhibits thereto and the affidavit previously filed by Kevin S. Tierney and that it acted as the prepetition CRO of BTC and informally of CBI. In addition, there was a past business relationship that WSI and Kevin S. Tierney had with Lord Thompson and there is not any commission or bonus structure or equity arrangement between the Beech Tree Corporation and Workout Solutions and Kevin S. Tierney/Lord Thompson except as disclosed.

9. To the best of CBI's knowledge, information and belief, and based on the affidavit of Kevin S. Tierney previsoulsy filed, WSI represents no interest adverse to the Debtors or to their estates in the matters for which it is proposed to be retained. CBI submits that the engagement of WSI would be in the best interest of the Debtors, their estates and creditors and that WSI is a "disinterested person" as that term is defined under the Bankruptcy Code.

10. The Debtors seek approval of the Application to be effective <u>nunc pro tunc</u> to August 19, 2009. The Debtors submit that the delay between the proposed effective date of the Application and the filing of the original Application is relatively short and the

-3-

Amended Application is the product of extensive negotiations with several parties in interest. During that period, the Debtor has required and Workout Solutions, Inc. has provided uninterrupted services that are and continue to be critical and necessary to the Debtors' rehabilitative effort. Upon the filing of the Petition, the Debtors had limited agreement regarding use of cash collateral or Debtors-in-Possession financing and required Debtors to consult with WSI. Subsequent to the filing the Debtors and their counsel negotiated consensual DIP facilities, to provide the Debtors with necessary liquidity until the final financing hearing. Under the circumstances, the Debtors submit that this delay is reasonable, justifiable and de minimus and that the services provided were critical and necessary to the Debtors and their estates.

WHEREFORE, the Debtors respectfully request this Court to (i) authorize the engagement of WSI as CRO *nunc pro tunc* to August 19, 2009, and (ii) for such other and further relief as this Court deems just and proper.

Dated this 27th day of April, 2010 at Bridgeport, CT.

> BEECH TREE CORPORATION d/b/a
> COPPER BEECH INN and
> CBI ACQUISITION CORPORATION,
> THE DEBTORS
>
> By:   */s/Matthew K. Beatman*
>       James G. Verrillo (ct08819)
>       Matthew K. Beatman (ct08923)
>       ZEISLER & ZEISLER, PC.
>       558 Clinton Avenue
>       P.O. Box 3186
>       Bridgeport, CT 06605
>       Tel: (203) 368-4234
>       Proposed Attorneys for the Debtors

G:\RRM\C\Copper Beech Inn\Amended Appl Retain CRO CLEAN.doc